UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

H–D U.S.A., LLC

                                  Plaintiff,

v.                                                        Case No.: 1:17–cv–00339

                                                              Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 19, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion for leave to file under seal [7] is granted. Plaintiff's motion for electronic service of process [18] is granted. The presentment hearing for the temporary restraining order motion [12] on 1/25/17 stands. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.