**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| H-D U.S.A., LLC | ) | |
| | ) | Case No. 17-cv-00339 |
| Plaintiff, | ) | |
| | ) | **Judge John J. Tharp, Jr.** |
| v. | ) | |
| | ) | |
| ZHANG YING, et al., | ) | **Magistrate Judge Jeffrey T. Gilbert** |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT ORDER AGAINST THE DEFENDANTS IDENTIFIED IN
SCHEDULE A, WITH THE EXCEPTION OF DEFENDANT GOTORACING**

This action having been commenced by Plaintiff H-D U.S.A., LLC ("Harley-Davidson") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Harley-Davidson having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, with the exception of Defendant gotoracing, (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Harley-Davidson, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Harley-Davidson having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

1

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS, in the absence of timely objection, that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of Harley-Davidson's federally-registered trademarks (collectively, the "HARLEY-DAVIDSON Trademarks"), which are defined as follows:

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 0,507,163 | HARLEY-DAVIDSON | Mar. 01, 1949 | For: Motorcycle shirts; sweaters; breeches; neckties; coveralls; rain coats and hats; jackets; helmets; caps; and boots in class 025 |
| 0,508,160 | HARLEY-DAVIDSON | Apr. 05, 1949 | For: Electric lamps and spare parts for same; spark plugs; and electric signs in classes 007, 009, 011, 012, and 015 |
| 0,526,750 | HARLEY ~ DAVIDSON | Jun. 27, 1950 | For: Motorcycles and structural parts thereof; accessories-namely, intermediate stands, seats, foot rests and extensions, windshields, fender tips, exhaust stacks, grips, name plates, saddle covers, luggage carriers, license frames, foot pedal pads, tandem seats, foot rests, and rear view mirrors in classes 007, 012, 022, and 027 |

| 1,078,871 | HARLEY-DAVIDSON | Dec. 06, 1977 | For: Vehicles-namely, motorcycles in class 012 |
|---|---|---|---|
| 1,205,380 |  | Aug. 17, 1982 | For: Motorcycles in class 012<br><br>For: Clothing-Namely, T-Shirts in class 025 |
| 1,219,955 | HARLEY-DAVIDSON | Dec. 14, 1982 | For: Parts and service manuals for motorcycles, parts catalogs for motorcycles, newsletters and magazines dealing with motorcycles, calendars, posters, and decals in class 016 |
| 1,224,868 |  | Jan. 25, 1983 | For: Decorative Items for Motorcycles-Namely, Medallions in class 006<br><br>For: Fitted Motorcycle Covers in class 012<br><br>For: Key Ring Fobs in class 014<br><br>For: General Purpose Decals; Decorative Items for Motorcycles-Namely, Decals, and Metallic Foil Decals in class 016<br><br>For: Drinking Cups and Mugs in class 021<br><br>For: Clothing-Namely, Jackets, T-Shirts, Tank Tops, Sweat Shirts, Bandannas, Hats, Caps, and Boots in class 025<br><br>For: Stick, Lapel, and Hat Pins, All of Nonprecious Metals, and |

| | | | |
|---|---|---|---|
| | | | Decorative Cloth Patches in class 026<br><br>For: Cigarette Lighters in class 034 |
| 1,234,404 | HARLEY-DAVIDSON | Apr. 12, 1983 | For: Sunglasses and Protective Helmets for Motorcyclists in class 009<br><br>For: Clothing-Namely, Jackets, Pants, Shirts, T-Shirts, Vests, Jeans, Riding Suits, Bandannas, Rain Suits, Shorts, Nightgowns, Halters, Underwear, Tank Tops, Sweatshirts, Night Shirts, Socks, Gloves, Hats, Caps and Boots in class 025 |
| 1,263,936 |  | Jan. 17, 1984 | For: First Aid Kits Containing General Purpose First Aid Supplies Such as Bandages, Bandage Compressors, Ammonia Inhalant, Tourniquets, Anti-Bacterial Solutions, Burn Emollient, and Picric Acid Gauze in class 005<br><br>For: Medallions and non-luminous non-mechanical signs made primarily of metal and plastic in class 006<br><br>For: Sunglasses, battery chargers, protective motorcycle crash helmets and luminous signs in class 009<br><br>For: Electric lamps in class 011<br><br>For: mud flaps, fuel door plates, air cleaners, radio caddies, motorcycle tank and fender sets, leather motorcycle bags and motorcycles in class 012 |

| | | | |
|---|---|---|---|
| | | | For: Jewelry-Namely, Necklaces, Rings, and Key Fobs in class 014 |
| | | | For: Posters, paper decals and playing cards in class 016 |
| | | | For: Wallets in class 018 |
| | | | For: Decorative Wall Plaques and Mirrors in class 020 |
| | | | For: Mugs and Insulated Drinking Steins in class 021 |
| | | | For: Towels in class 024 |
| | | | For: Clothing-Namely, T-Shirts, Jackets, Blue Jeans, Sweat Shirts, Underwear, Bandanas, Headwear, Socks, Boots, Cycle Riding Suits, Belts and Suspenders in class 025 |
| | | | For: Embroidered patches, belt buckles and lapel, hat and stick pins all of non-precious metals in class 026 |
| | | | For: Cigarette lighters in class 034 |
| 1,311,457 | HARLEY-DAVIDSON | Dec. 25, 1984 | For: Repair and Servicing of Motorcycles in class 037<br><br>For: Retail store services in the field of motorcycles in class 042 |
| 1,352,679 | HARLEY | Aug. 06, 1985 | For: Motorcycles in class 012 |
| 1,406,876 | HARLEY | Aug. 26, 1986 | For: Clothing; namely--tee shirts for men, women and children; knit tops for women and girls; and children's shirts in class 025 |
| 1,450,348 | HARLEY-DAVIDSON | Aug. 04, 1987 | For: metal articles, namely, key fobs, key chains and license plate |

| | | | holders in class 006 |
|---|---|---|---|
| | | | For: Knife sheaths in class 008 |
| | | | For: Necklaces, earrings, pins of non-precious metals, clocks and watches in class 014 |
| | | | For: Children's books, bumper stickers, removable tattoos, pressure sensitive decals, checkbook covers, and playing cards in class 016 |
| | | | For: Leather goods, namely, purses, wallets, duffle bags, motorcycle saddle bags, and key fobs in class 018 |
| | | | For: Mirrors in class 020 |
| | | | For: Mugs, drinking glasses, coasters, decanters, cups, and plastic mugs in class 021 |
| | | | For: Towels, and bed spreads in class 024 |
| | | | For: Sweat pants, sweaters, suspenders, scarves, bandanas, leather clothing, namely, jackets, vests, gloves, jeans, chaps, tops, boots, shorts, caps, belts, and parts of footwear, namely boot tips, in class 025 |
| | | | For: Stuffed toy animals, toy banks, and model kits in class 028 |
| | | | For: Cigarette cases, lighter cases, and cigarette lighters in class 034 |

| 1,511,060 |  | Nov. 01, 1988 | For: Clothing, namely, boots, sweat shirts, jeans, hats, caps, scarves, motorcycle riding suits, neck ties, shirts, t-shirts, jackets, vest, ladies tops, and bandanas in class 025 |
|---|---|---|---|
| 1,602,474 | HARLEY-DAVIDSON | Jun. 19, 1990 | For: Belt buckles in class 026 |
| 1,606,282 | HARLEY-DAVIDSON | Jul. 17, 1990 | For: Safety goggles, protective helmets and sunglasses in class 009 |
| 1,621,383 | HARLEY-DAVIDSON | Nov. 06, 1990 | For: Model toy motorcycles, miniature motorcycle replicas, model toy trucks, and electronically operated toy motorcycles in class 028 |
| 1,660,539 |  | Oct. 15, 1991 | For: Knives; namely, buck knives, sporting and hunting knives, folding pocket knives, knife cases therefor, and tool kits comprising wrenches and pliers in class 008<br><br>For: sunglasses, and motorcycle parts; namely, gauges, batteries, and cruise controls in class 009<br><br>For: Flashlights in class 011<br><br>For: motorcycles and motorcycle parts; namely, air cleaners, drive belts, belt guards, brakes, chains, clutches, crankcases, engine cylinders, fenders and fender supports, footboards, forks, fuel tanks, leg guards, handlebars, cylinder heads, mirrors, oil filters, oil pumps, seats, shock absorbers, backrests, wheels, and windshields in class 012 |

| | | | For: Ankle bracelets, bracelets, earrings, necklaces, rings, tie tacks, watch bands, watches, wall clocks, and ornamental lapel pins in class 014 |
| | | | For: Books about motorcycles, calendars, decals, pens, photo albums, posters, and removable tattoos in class 016 |
| | | | For: Holders for cans in the nature of a rubber cylinder, duffle bags, garment bags, key fobs, suitcases, and wallets in class 018 |
| | | | For: Wall mirrors and wall plaques in class 020 |
| | | | For: Drinking glasses, mugs, and can holders in the nature of an insulated rubber cylinder in class 021 |
| | | | For: Towels in class 024 |
| | | | For: Belts, chaps, denim pants, gloves, hats, caps, jackets, neckties, night shirts, pants, rain suits, shirts, socks, suspenders, sweaters, sweatshirts, tank tops, athletic shoes, shoes, boots, t-shirts, underwear, vests and wristbands in class 025 |
| | | | For: Belt buckles not made of precious metal, boot chains, and embroidered patches for clothing in class 026 |
| | | | For: Automobile floor mats in class 027 |
| | | | For: Toy trucks in class 028 |

| | | | |
|---|---|---|---|
| | | | For: Beer in class 032 |
| | | | For: Lighter holders, cigarette cases, lighter cases, and lighters, all of the foregoing not being made of precious metal in class 034 |
| 1,683,455 | HARLEY | Apr. 14, 1992 | For: Shirts, tank tops, boots, and sweatshirts in class 025 |
| 1,708,362 | HARLEY | Aug. 18, 1992 | For: Embroidered patches for clothing in class 026 |
| 1,711,882 |  | Sep. 01, 1992 | For: Embroidered patches for clothing in class 026 |
| 1,741,456 |  | Dec. 22, 1992 | For: Embroidered patches and belt buckles not of precious metals in class 026 |
| 1,793,137 | HARLEY OWNERS GROUP | Sep. 14, 1993 | For: Hunting knives, pocket knives and knife cases in class 008

For: Road atlases, newsletters, magazines relating to motorcycling, playing cards, and decals in class 016

For: Key fobs, luggage, tote bags, and travel bags in class 018

For: Plastic and ornamental pins and badges in class 020 |

| | | | |
|---|---|---|---|
| | | | For: Glasses, mugs, cups, and insulated can holders in class 021<br><br>For: Textile flags and banners in class 024<br><br>For: Clothing, namely, shirts, sweatshirts, t-shirts, caps, hats, jacket, vests, and bandanas in class 025<br><br>For: Belt buckles and ornamental patches in class 026 |
| 2,281,489 | **HARLEY-DAVIDSON** | Sep. 28, 1999 | For: Necklaces, bracelets, and watch bands in class 014 |
| 2,376,674 |  | Aug. 15, 2000 | For: Metal locks in class 006<br><br>For: Motorcycle parts, namely, spark plugs in class 007<br><br>For: Optical and safety equipment, namely, sunglasses and motorcycle helmets in class 009<br><br>For: Motorcycle parts, namely, mirrors, drive belts made of rubber, swing arm pivot covers, axle nut covers, handgrips, oil pump covers, air cleaner covers, derby covers, caliper covers, seats, brake pedals, motorcycle saddlebags, saddlebag liners, timer covers and fender tips in class 012<br><br>For: Jewelry in class 014<br><br>For: Leather goods, namely traveling bags and saddlery in class 018<br><br>For: Leather gloves in class 025 |

| 2,973,501 |  | Jul. 19, 2005 | For: Bandannas, jackets, shirts, caps, hats, T-shirts, and leather jackets in class 025 |
| 2,979,002 |  | Jul. 26, 2005 | For: Drinking glasses, mugs, and beverage glassware in class 021 |
| 3,018,481 |  | Nov. 22, 2005 | For: Ornamental novelty pins in class 026 |

| 3,074,276 |  | Mar. 28, 2006 | For: Metal key chains in class 006 |
|---|---|---|---|
| 3,185,946 |  | Dec. 19, 2006 | For: Jackets, baseball hats, caps, shirts and T-shirts in class 025 |
| 3,304,863 |  | Oct. 02, 2007 | For: Metal key fobs and non-luminous and non-mechanical metal signs in class 006 |
| 3,393,839 |  | Mar. 11, 2008 | For: House mark for a full line of clothing, footwear and headwear in class 025 |

| 3,393,840 | HARLEY-DAVIDSON | Mar. 11, 2008 | For: House mark for a full line of clothing, footwear and headwear in class 025 |
|---|---|---|---|
| 3,447,304 |  | Jun. 17, 2008 | For: A full line of clothing in class 025 |
| 3,490,890 | HARLEY-DAVIDSON | Aug. 26, 2008 | For: House mark for a line of motorcycles, structural parts for motorcycles and related motorcycle accessories, namely, seats, backrests, decorative fuel tank panels, transmission gears, fuel tanks, wheel sprockets, gear shifts, clutches, battery covers and straps, front rear, and intermediate kickstands, hub caps, shift knobs, foot rests and extensions, windshields, leg shields, fender tips, brake pedals, handlebar grips, safety guards, namely, bars for attachment to motorcycles, steering dampers, shock absorbers, spare wheels, spare wheel carriers, boot guards, namely, mud flaps and fenders, saddle covers, luggage carriers, license plate frames, handlebar cross bars, foot pedal pads, tank and fender pads, rearview, fenders and skirts, and wheel balance weights in class 012 |

| 3,559,365 |  | Jan. 13, 2009 | For: House mark for a line of motorcycles, structural parts for motorcycles, and related motorcycle accessories, namely, seats, backrests, decorative fuel tank panels, transmission gears, fuel tanks, wheel sprockets, gear shifts, clutches, battery covers and straps, front , rear, and intermediate kickstands, hub caps, shift knobs, foot rests and extensions, windshields, leg shields, fender tips, brake pedals, handlebar grips, safety guards, namely, bars for attachment to motorcycles, steering dampers, shock absorbers, spare wheels, spare wheel carriers, boot guards, namely, mud flaps and fenders, saddle covers, luggage carriers, license plate frames, handlebar cross bars, foot pedal pads, tank and fender pads, rearview mirrors, fenders and skirts, and wheel balance weights in class 012 |
| --- | --- | --- | --- |
| 3,690,031 | HARLEY-DAVIDSON | Sep. 29, 2009 | For: Non-luminous, non-mechanical tin signs, non-luminous, non-mechanical metal signs, tool boxes of metal, tool chests of metal, key rings of metal, and metal personal identification tags in class 006 |

| 3,697,874 |  | Oct. 20, 2009 | For: Motorcycles and structural parts therefor in class 012 |
| 3,697,875 |  | Oct. 20, 2009 | For: Shirts, hats, caps in class 025 |
| 4,465,604 |  | Jan. 14, 2014 | For: Clothing, namely, shirts, hats, caps, belts, jackets, gloves, sweatshirts, lounge pants, and wrist bands in class 025 |

| 4,465,650 |  | Jan. 14, 2014 | For: Motorcycles and structural parts therefor in class 012 |
| 4,487,292 |  | Feb. 25, 2014 | For: Motorcycles and structural parts therefore in class 012 |
| 4,487,293 |  | Feb. 25, 2014 | For: Motorcycle modification and customization; providing a web site featuring information regarding motorcycle customization services; providing consultation services regarding motorcycle customization in class 037 |

| 4,528,269 |  | May 13, 2014 | For: Jewelry, namely, earrings, necklaces in class 014 |
| 4,601,391 |  | Sep. 09, 2014 | For: Cell phone covers in class 009 |
| 4,601,394 |  | Sep. 09, 2014 | For: Cell phone covers in class 009 |
| 4,771,442 |  | Jul. 14, 2015 | For: A full line of jewelry in class 014 |

| 4,844,360 | | Nov. 03, 2015 | For: Parts of motorcycles, excluding parts of all motors and engines, namely, derby covers, air cleaner trim, timer covers, battery cover band, fuel caps, brake caliper inserts, fender skirts, console doors, head lamp visors, medallions, foot pegs, gearshift linkages, foot board covers, handlebar clamps, hand grips, fuel gauges, guard rail inserts, axle nut covers, breather end cap, valve stem caps, foot boards, turn signal visors, pivot bolt covers, tank panel, fender tip lens kit, console insert, air cleaner cover, decorative end caps, mirrors and mounting hardware for the aforesaid goods in class 012 |
|---|---|---|---|
| 1,654,280 | HD | Aug. 20, 1991 | For: jewelry, namely lapel pins, earrings, necklaces and bracelets in class 014 |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the HARLEY-DAVIDSON Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Harley-Davidson Product or not authorized by Harley-Davidson to be sold in connection with the HARLEY-DAVIDSON Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Harley-Davidson Product or any other product produced by Harley-Davidson, that is not Harley-Davidson's or not produced under the authorization, control or supervision of Harley-Davidson and approved by Harley-Davidson for sale under the HARLEY-DAVIDSON Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Harley-Davidson, or are sponsored by, approved by, or otherwise connected with Harley-Davidson;

   d. further infringing the HARLEY-DAVIDSON Trademarks and damaging Harley-Davidson's goodwill; and

   e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Harley-Davidson, nor authorized by Harley-Davidson to be sold or offered for sale, and which bear any of Harley-

Davidson's trademarks, including the HARLEY-DAVIDSON Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2.  The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Harley-Davidson's choosing:

    a.  permanently transfer the Defendant Domain Names to Harley-Davidson's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Harley-Davidson's selection; or

    b.  disable the Defendant Domain Names and make them inactive and untransferable.

3.  The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Harley-Davidson's selection.

4.  Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' websites at the Defendant Domain Names or other websites operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, and Alibaba, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing, and Yahoo, and domain name registrars, including, but not limited to,

GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

    a.  disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the HARLEY-DAVIDSON Trademarks;

    b.  disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the HARLEY-DAVIDSON Trademarks; and

    c.  take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

5.    Pursuant to 15 U.S.C. § 1117(c)(2), Harley-Davidson is awarded statutory damages from each of the Defaulting Defendants in the amount of two million dollars ($2,000,000) for willful use of counterfeit HARLEY-DAVIDSON Trademarks on products sold through at least the Defendant Internet Stores. The two million dollar ($2,000,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

6.    PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any China or Hong Kong based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7.    All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, are hereby released to Harley-Davidson as partial payment of the above-identified damages, and PayPal is ordered to release to Harley-Davidson the amounts from Defaulting Defendants' PayPal accounts within ten (10) business days of receipt of this Order.

8.    Until Harley-Davidson has recovered full payment of monies owed to it by any Defaulting Defendant, Harley-Davidson shall have the ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, PayPal shall within two (2) business days:

a.  locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Linda Heban, and any e-mail addresses provided for Defaulting Defendants by third parties;

b.  restrain and enjoin such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.  release all monies restrained in Defaulting Defendants' PayPal accounts to Harley-Davidson as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9.    In the event that Harley-Davidson identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Harley-Davidson

may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Linda Heban and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by Harley-Davidson will remain in place pending resolution of the claims against the remaining defendant(s).

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against the Defaulting Defendants.

DATED:  March 6, 2017

_____

John J. Tharp, Jr.
United States District Judge

**H-D U.S.A., LLC v. Zhang Ying, et al.**
**Case No. 17-cv-00339**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | zhang ying | 2 | liu xuemei |
| 3 | Ze Yu Wang | 4 | wu xian yong |
| 5 | 5hk3380 | 6 | alldisc_net |
| 7 | AL-ME | 8 | Angelia Store |
| 9 | Auto win | 10 | DISMISSED |
| 11 | Beirut tin signs store | 12 | bestflag |
| 13 | Black night | 14 | bobosgirl jewelry Store |
| 15 | DISMISSED | 16 | Cangnan Wonderful Label Craft Factory |
| 17 | DISMISSED | 18 | Club fan flag Store |
| 19 | COCOSOX | 20 | Design & Inspiration Trading Co., Ltd. Store |
| 21 | Dongguan Changan YX Lead Top Metal Factory | 22 | E-Point Studio |
| 23 | f1gpworld | 24 | fashion-king27 |
| 25 | fjenn_0 | 26 | flagsandhomedecos |
| 27 | Funny Life Store | 28 | gabrielle_1220 |
| 29 | gogoelectronicworld | 30 | DISMISSED |
| 31 | gotoracing | 32 | Green's House |
| 33 | guoguang788 | 34 | hai559675 |
| 35 | hi-gaga | 36 | Huimei Store |
| 37 | joe_moto | 38 | Junde bandana |
| 39 | junzji7 | 40 | LAWA Decoration |
| 41 | Lianjiang Global Shine Craft & Gift Co., Ltd. | 42 | made_in_china_dewey |
| 43 | Mengzicai Jewelry Store | 44 | MI ZI Store |
| 45 | MoreCool Motor Store | 46 | DISMISSED |
| 47 | MS Decor Co.,Ltd | 48 | DISMISSED |
| 49 | nick100cn | 50 | no.78 |
| 51 | Noizzy Auto Styling& Accessories | 52 | oppateam |
| 53 | DISMISSED | 54 | Qingdao Ena flags |
| 55 | qqqueen1688 | 56 | rublu_1 |
| 57 | Share Love World | 58 | Shenzhen Huasuo Flag Co.,Ltd Store |
| 59 | SMT Gear | 60 | SUPER QUEEN JEWELRY |
| 61 | superbeam20 | 62 | Waving Flag |
| 63 | We are 1787 Group | 64 | wholesaleshopping2010 |
| 65 | wolf_251 | 66 | xecelbay2015 |
| 67 | xingkepower8899 | 68 | xj store |

| 69 | ying198900 |
|---|---|
| 71 | Yiwu Topchums Textile Co., Ltd. |
| 73 | DISMISSED |

| 70 | Yiwu Cute Jewelry Co., Ltd. |
|---|---|
| 72 | yushangyiauto_0 |

| No. | Defendant Marketplace URL |
|---|---|
| 1 | ebay.com/usr/5hk3380 |
| 3 | aliexpress.com/store/1796740 |
| 5 | aliexpress.com/store/1988359 |
| 7 | aliexpress.com/store/607066 |
| 9 | aliexpress.com/store/1835286 |
| 11 | DISMISSED |
| 13 | DISMISSED |
| 15 | aliexpress.com/store/738757 |
| 17 | yuxuangift.en.alibaba.com |
| 19 | ebay.com/usr/f1gpworld |
| 21 | ebay.com/usr/fjenn_0 |
| 23 | aliexpress.com/store/2468027 |
| 25 | ebay.com/usr/gogoelectronicworld |
| 27 | ebay.com/usr/gotoracing |
| 29 | ebay.com/usr/guoguang788 |
| 31 | ebay.com/usr/hi-gaga |
| 33 | ebay.com/usr/joe_moto |
| 35 | ebay.com/usr/junzji7 |
| 37 | globalshine.en.alibaba.com |
| 39 | mengzicai.aliexpress.com/store/ 1190236?spm=2114.12010108.0.0.WZx9G6 |
| 41 | aliexpress.com/store/2344334 |
| 43 | aliexpress.com/store/1195302 |
| 45 | ebay.com/usr/nick100cn |
| 47 | https://www.aliexpress.com/store/1872539 |
| 49 | DISMISSED |
| 51 | ebay.com/usr/qqqueen1688 |
| 53 | aliexpress.com/store/1522072 |
| 55 | soman.aliexpress.com/store/1923462 |
| 57 | ebay.com/usr/superbeam20 |
| 59 | 1787group.aliexpress.com/store/1983493 |
| 61 | ebay.com/usr/wolf*251 |
| 63 | ebay.com/usr/xingkepower8899 |
| 65 | ebay.com/usr/ying198900 |

| No. | Defendant Marketplace URL |
|---|---|
| 2 | ebay.com/usr/alldisc_net |
| 4 | aliexpress.com/store/719069 |
| 6 | DISMISSED |
| 8 | aliexpress.com/store/1959350 |
| 10 | bobosgirl.aliexpress.com/store/1084520 |
| 12 | wonderfull.en.alibaba.com |
| 14 | aliexpress.com/store/2413130 |
| 16 | hwqueen0706.aliexpress.com/store/838254 |
| 18 | aliexpress.com/store/838071 |
| 20 | ebay.com/usr/fashion-king27 |
| 22 | ebay.com/usr/flagsandhomedecos |
| 24 | ebay.com/usr/gabrielle_1220 |
| 26 | DISMISSED |
| 28 | aliexpress.com/store/1333054 |
| 30 | ebay.com/usr/hai559675 |
| 32 | aliexpress.com/store/2706004 |
| 34 | aliexpress.com/store/2135092 |
| 36 | aliexpress.com/store/1863282 |
| 38 | ebay.com/usr/made_in_china_dewey |
| 40 | aliexpress.com/store/1079935 |
| 42 | DISMISSED |
| 44 | DISMISSED |
| 46 | ebay.com/usr/no.78 |
| 48 | ebay.com/usr/oppateam |
| 50 | aliexpress.com/store/2179160 |
| 52 | ebay.com/usr/rublu_1 |
| 54 | aliexpress.com/store/2469036 |
| 56 | aliexpress.com/store/332938 |
| 58 | aliexpress.com/store/2031076 |
| 60 | ebay.com/usr/wholesalshopping2010 |
| 62 | ebay.com/usr/xecelbay2015 |
| 64 | aliexpress.com/store/1989150 |
| 66 | aliexpress.com/store/1684217 |

| 67 | topchums.en.alibaba.com | | 68 | ebay.com/usr/yushangyiauto_0 |
|----|-------------------------|---|----|------------------------------|
| 69 | DISMISSED | | | |

| No. | Defendant Domain Name | | No. | Defendant Domain Name |
|-----|-----------------------|---|-----|-----------------------|
| 1 | leathereur.com | | 2 | wvcancer.org |
| 3 | steelharley.com | | 4 | stiftungerde.org |